## ~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Thomas S. Hixson<br>U.S. Magistrate Judge | RE: | WASHINGTON, Antoine |
| FROM: | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | Docket No.: | 3:24-cr-00342-RFL-1 |
| Date: | 4/3/25 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Josh Libby | (415) 436-7504 |
|---|---|
| **U.S. PRETRIAL SERVICES OFFICER** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

    A. **The release condition requiring the defendant to remain at his residence at all times (honor system) except for the following reasons: medical purposes; attorney visits; court appearances; court-approved obligations; or other activities approved in advance by Pretrial Services is deleted.**

    B. **The defendant must observe a curfew (honor system) and remain in his residence every day from 8:00 ~~a.m.~~ p.m. to 6:00 a.m., except as directed by Pretrial Services.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____    April 3, 2025
**JUDICIAL OFFICER**                **DATE**

Hon. Thomas S. Hixson
U.S. Magistrate Judge